ORDERED UNSEALED on 03/15/2024 s/ melodyqu

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LATHERIO HOFFMAN,

Defendant.

Case No.: '24 MJ0992

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about February 26, 2024, within the Southern District of California, defendant Latherio HOFFMAN knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded 9mm Walther handgun bearing serial number 8612; in violation of Title 18, United States Code, Section 922(g)(1).

AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ___ day of March 2024.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On February 26, 2024, at approximately 9:00 p.m. patrolling Oceanside Police Department Officers observed a silver Kia run a stop sign near the intersection of Fireside Street and Heritage Street in Oceanside, California, which is within the Southern District of California. The Officers followed the Kia and estimated the Kia was driving at approximately 40 miles per hour despite the posted speed limit of 25 miles per hour. A records check of the Kia revealed Latherio HOFFMAN was the registered owner of the Kia and that the Kia's registration expired in November 2023. Based on those violations, the Officers initiated a traffic stop of the Kia.

The driver of the Kia was identified as a female with the initials A.C. and there were two children in car seats with the initials D.H and K.K. As Officers made contact with A.C. and HOFFMAN, the odor of burnt marijuana emitted from the inside of the Kia. HOFFMAN was identified as the front seat passenger. HOFFMAN did not have his driver's license or proof of insurance for the Kia. HOFFMAN stated his mother could provide Officers proof of insurance and began using his cell phone to contact his mother. As HOFFMAN manipulated his phone to make the phone call, Officers observed HOFFMAN's most recent contact on his phone was a contact saved as "GOOD WEED".

Officers conducted a records check of HOFFMAN, which revealed him to be on probation in San Diego County with a Fourth Amendment waiver. Officers then conducted a secondary records check through Oceanside PD, which also confirmed HOFFMAN was on probation through August 2025. HOFFMAN denied being on probation. Officers detained HOFFMAN based on the records checks confirming his active probation. Based on HOFFMAN's probation status, the fact that he was the registered owner of the Kia, and the smell of burnt marijuana, Officers conducted a search of the Kia.

During a search of the Kia, Officers recovered, among other items, three Ziploc bags containing suspected marijuana and a Walther P38 9mm firearm bearing serial number 8612. The marijuana and firearm were recovered from bags located in the passenger floor area where HOFFMAN was seated at the time of the traffic stop. A.C. denied knowledge

of any firearm in the Kia and that HOFFMAN had placed the bags containing the marijuana and firearm in the Kia when he and A.C. entered the vehicle. Officers attempted to contact HOFFMAN's probation officer and were advised HOFFMAN was no longer on probation. HOFFMAN was arrested for being a felon in possession of a firearm.

Records checks on HOFFMAN revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 1/17/2008 | CASC – San Diego | Cal. HS § 11351.5 – Possession/Purchase Cocaine Base for Sale (felony) | 180 days jail and 3 years probation |
| 2/19/2020 | CASC – Santa Ana | Cal. PC § 266H(A) – Pimping (felony) | 3 years prison |

The Walther firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.